# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 01CR1415-013-BTM |
| Plaintiff, ) | ORDER |
| v. ) | |
| RODNEY SCOTT SHEHYN (13), ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED based upon the Stipulation of the parties and for good cause shown, that the Supervised Release for defendant Rodney Scott Shehyn shall be and is hereby terminated.

SO ORDERED.

DATED: September 20, 2007

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge